# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JERRELL EARL THOMPSON,

    Plaintiff,

v.

SHERIFF JOHN WILCHER; MRS. MILLER; and MR. O'DELL,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-53

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's March 25, 2019 Report and Recommendation, (doc. 5), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** this action **WITHOUT PREJUDICE** and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 9th day of April, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA