# United States District Court
## Southern District of Georgia

JERRELL EARL THOMPSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-53

SHERIFF JOHN WILCHER; MRS. MILLER; and MR. O'DELL,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated April 9, 2019 adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this court, Plaintiff's Complaint is dismissed without prejudice. This case stands closed.

Approved by: _____

April 23, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk